UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADAM GOODMAN; *et al.*, | )<br>) |
| Plaintiff, | )    2:09-cv-957-KJD-RJJ<br>) |
| vs. | )<br>) |
| PLATINUM CONDOMINIUM<br>DEVELOPMENT, LLC; etc., *et al.*, | )<br>)    <u>RECUSAL ORDER</u><br>) |
| Defendant. | )<br>) |

    The undersigned United States Magistrate Judge for the District of Nevada, hereby recuses himself from the above entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned in that defendants' counsel is a member of the Merit Selection Panel evaluating the incumbent for reappointment. Code of Judicial Conduct, Canon 3C(1) and <u>Guide to Judiciary Policies and Procedures</u>, II Op. Committee on Codes of Conduct No. 97 (March 17, 2000).

    Based on the foregoing, this matter is hereby referred to the Clerk for reassignment.

    DATED this <u> 21st </u> day of March, 2011.

 

_____
ROBERT J. JOHNSTON
United States Magistrate Judge