ROBERT B. GERARD, ESQ.
Nevada Bar No. 5323
RICARDO R. EHMANN, ESQ.
Nevada Bar No. 10576
GERARD & ASSOCIATES
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:  (702) 251-0093
Facsimile:  (702) 251-0094
rgerard@gerardlaw.com
rehmann@gerardlaw.com

KYLE NORDREHAUG, ESQ.
BLUMENTHAL NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, California 92037
Telephone:  (858) 551-1223
Facsimile:  (858) 551-1232

*Attorneys for Plaintiffs*
(Additional Attorneys on Signature Page)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM GOODMAN; JESSE BAHKSHIAN; EVAN and FRANCOISE CHERRY; SCOTT HEYDEN; DAVID LEON,<br><br>Plaintiffs,<br><br>v.<br><br>PLATINUM CONDOMINIUM DEVELOPMENT, LLC; MARCUS MANAGEMENT LAS VEGAS, LLC; and MARCUS HOTELS, INC.,<br><br>Defendants. | Case No:  2:09-cv-00957-KJD-PAL<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**WHEREAS** Plaintiffs Adam Goodman, Jesse Bachsihan, Evan Cherry, Francois Cherry-Cohen, Scott Heyden and David Leon ("Plaintiffs"), and Defendants Platinum Condominium

4817-6127-9502.3

1  Development, LLC, Marcus Management Las Vegas, LLC and Marcus Hotels, Inc.

2  ("Defendants"), collectively known herein as the parties ("Parties"), have executed a settlement

3  agreement that fully and finally resolves all claims, disputes and differences in the above-

4  captioned matter;

5

6  **IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and

7  through their respective attorneys of record and subject to the approval of the Court, that pursuant

8  to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is

9  hereby dismissed with prejudice.  Each party to this lawsuit shall bear his/its own attorneys' fees,

10  costs, and professional expenses incurred herein.

11

12  A calendar call in this matter is currently set for October 9, 2012 at 9:00 a.m., and a jury

13  trial is scheduled to begin October 15, 2012.

14

15  RESPECTFULLY SUBMITTED.

16

| Dated this 30th day of July, 2012. | Dated this 30th day of July, 2012. |
|---|---|
| GERARD & ASSOCIATES | FOLEY & LARDNER LLP |
| By: /s/ *Ricardo Ehmann* . | By: /s/ *Brian Keenan* . |
|     Robert B. Gerard, Esq. |     Nancy J. Sennett, Esq. |
|     Nevada State Bar #005323 |     David Lucey, Esq. |
|     Ricardo R. Ehmann, Esq. |     Brian P. Keenan, Esq. |
|     Nevada State Bar #010576 |     FOLEY & LARDNER LLP |
|     2840 South Jones Blvd. |     777 East Wisconsin Avenue |
|     Building D, Unit 4 |     Milwaukee, Wisconsin 53202 |
|     Las Vegas, Nevada 89146 |     Telephone:  (414) 271-2400 |
|     Telephone:  (702) 251-0093 |     Facsimile:  (414) 297-4900 |
|     Facsimile:  (702) 251-0094 |     *(admitted pro hac vice)* |
|   |   |
|     Kyle Nordrehaug, Esq. |     ANDREW P. GORDON, ESQ. |
|     BLUMENTHAL NORDREHAUG & BHOWMIK |     Nevada State Bar #3421 |
|     2255 Calle Clara |     KRISTEN T. GALLAGHER, ESQ. |
|     La Jolla, California 92037 |     Nevada State Bar #9561 |
|     Telephone:  (858) 552-1223 |     McDONALD CARANO WILSON LLP |
|   |     2300 West Sahara Avenue, Suite 1000 |
|   |     Las Vegas, NV  89102 |

1 | Facsimile: (858) 551-1232

*Attorneys for Platinum Condominium Development, LLC, Marcus Management Las Vegas, LLC, and Marcus Hotels, Inc.*

2 | Burton Wiand, Esq.
3 | Florida State Bar #407690
  | WIAND GUERRA KING LLC
4 | 3000 Bayport Drive, Suite 600
  | Tampa, FL  33607
5 | Telephone: (813) 347-5100
  | Facsimile: (813) 347-5199
6
7 | *Attorneys for The Plaintiffs*
8
  | IT IS SO ORDERED:
9
10
11 | _____
12 | UNITED STATES DISTRICT JUDGE
13
14 | DATED: 8/2/12